# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 LAREEN PALLAS   v.   UNITED STATES OF AMERICA, et al 

MARVEL HANSBRAUGH, CLERK OF COURT

DEPUTY CLERK                          CASE NO.  3:12-cv-00122-HRH 

 Natalie Day 


PROCEEDINGS: **CLERK'S NOTICE**                DATE: November 14, 2014

_____


        A cost bill hearing was held November 14, 2014, at
10:00 a.m., on the cost bill of Cordova Community Medical Center.
David Shoup appeared on behalf of Cordova Community Medical
Center.  There was no appearance made on behalf of the plaintiff.
No objections were filed.
        Fees for service of summons and subpoena in the amount
of $80.63 allowed.
        Fees for printed or electronically recorded transcripts
necessarily obtained for use in the case in the amount of
$2,991.13 allowed.
        Fees for exemplification and the costs of making copies
of any materials where the copies are necessarily obtained for
use in the case in the amount of $530.75 allowed.
        Total costs taxed by the clerk for Cordova Community
Medical Center in the amount of $3,602.51.
        Counsel's attention is directed to FRCvP 54(d)(1);
Review of Costs.