**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LOREEN PALLAS,
      Plaintiff,

Case Number 3:12-cv-00122-HRH

v.

UNITED STATES OF AMERICA,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

\_\_\_\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff Loreen Pallas recover from the defendant United States of America the amount of $97,667.20, plus post-judgment interest at the rate of 0.58%.

APPROVED:

 /s/H. Russel Holland
H. Russel Holland
United States District Judge

Date: May 5, 2016

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

           Lesley K. Allen
           Lesley K. Allen,
           Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}