```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


         LOREEN PALLAS    v.   UNITED STATES OF AMERICA

  LESLEY K. ALLEN, DISTRICT COURT EXECUTIVE/CLERK OF COURT

  DEPUTY CLERK                        CASE NO.  3:12-cv-00122-HRH

   Caroline Edmiston


  PROCEEDINGS: CLERK'S NOTICE                  DATE: May 24, 2016
```

A cost bill hearing was held May 24, 2016, at 10:00 a.m. on the cost bill of Plaintiff Loreen Pallas. Charles W. Coe appeared on behalf of the Plaintiff. Debbie Simpson and John Fonstad appeared on behalf of the United States of America.

Objections to Plaintiff's costs were timely filed and considered.

The Clerk took no stance on Defendant's assertation that any award of costs and expenses to Plaintiff should be reduced by fifty percent (50%).

Fees of the Clerk claimed in the amount of $350.00 allowed.

Fees for service of summons and subpoena in the amount of $265.95 allowed.

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case in the amount of $2,933.30 allowed.

Fees for witnesses in the amount of $1,124.98 allowed.

Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case in the amount of $509.60 allowed.

Total costs taxed by the Clerk for Plaintiff Loreen Pallas against the United States of America in the amount of $5,183.83.

Counsels' attention is directed to FRCvP 54(d)(1); Review of Costs.

[CLERKNOT-rev. 9-10-15]